# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BARBARA DENHAM, | ) |
| Plaintiffs, | ) ) ) |
| v. | )  No. 2:23-cv-02792-SHL-cgc |
| SAINT FRANCIS HOSPITAL, | ) ) ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Pro Se Complaint (ECF No. 1), filed December 20, 2023,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal, filed May 9, 2024 (ECF No. 27), the Complaint is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and fees.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

May 10, 2024
Date